## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   JOEL GALLEGOS                                      CASE NO: 09-37145
                                                             CHAPTER 13

         DEBTORS(S)                                          JUDGE:  JANET S BAER


                                                             NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   SELECT PORTFOLIO SERVICING

--------------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0003 | 0196 1STARRS 2107S51 | $ 10,469.92 | $ 10,469.02 | $ 10,469.02 |

Total Amount Paid the Trustee                                                         $   10,469.02

--------------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X   Through the Chapter 13 Conduit                            __ Direct by the Debtor(s)

--------------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 30th day of    July, 2012.

Debtor(s)

JOEL GALLEGOS
2107 S 51ST CT
CICERO IL 60804

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

BAC HOME LOANS SERVICING LP
% PROBER & RAPHAEL LAW CORP
20750 VENTURA BLVD #100
WOODLAND HILLS CA 91364

Additional Creditors

BAC HOME LOANS
% NOONAN & LIEBERMAN
105 W ADAMS #1100
CHICAGO IL 60603

Mortgage Arrearage Creditor

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY UT 84165

Electronic Service US Trustee

Date: July 30, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603